|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

KARRIE BEDGOOD,

    Plaintiffs,

    v.

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,

    Defendants.

Case No. 18-cv-01970-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 16, 2018 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: March 8, 2019.

DESIGNATION OF EXPERTS: April 26, 2019; REBUTTAL: May 10, 2019;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: May 20, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; March 15, 2019;
    Opp. Due: March 29, 2019; Reply Due: April 5, 2019;
    and set for hearing no later than April 19, 2019 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 4, 2019 at 3:30 PM.

JURY TRIAL DATE: June 17, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be seven days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties have provided initial disclosures.
Private mediation is scheduled to occur on 9/13/18, with Arnold Levinson.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 8/6/18

SUSAN ILLSTON
United States District Judge