# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARRIE BEDGOOD, | Case No. 3:18-cv-01970 SI |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, | Complaint Filed: March 30, 2018 |
| Defendant. | |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 3:18-cv-01970 SI, is dismissed in its entirety as to all defendants, with prejudice.

Dated: September 19, 2018

HON. SUSAN ILLSTON
United States District Court Judge